

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00137-CR

TONYA JACKSON          APPELLANT

V.

THE STATE OF TEXAS          STATE

----------

### FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1436938D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Tonya Jackson attempts to appeal from her conviction for theft of property less than $2,500 with two prior convictions for theft. *See* Tex. Penal Code Ann. § 31.03(e)(4)(D) (West Supp. 2015). Jackson pled guilty pursuant to a plea bargain, and in accordance with the plea bargain, the trial court sentenced her to twelve months' confinement in the state jail division of the Texas

---

[1]*See* Tex. R. App. P. 47.4.

Department of Criminal Justice. The trial court's certification of her right to appeal states that this case "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On April 7, 2016, we notified Jackson that this appeal could be dismissed based on the trial court's certification unless she or any party desiring to continue the appeal filed a response on or before April 18, 2016, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. Jackson filed a response, but it does not show grounds for continuing the appeal.

Therefore, in accordance with the trial court's certification, we dismiss this appeal. *See* Tex. R. App. P. 25.2(d), 43.2(f).

/s/ Anne Gardner
ANNE GARDNER
JUSTICE

PANEL: GARDNER, WALKER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 12, 2016